Dennis L. NESS and John E.
Bowders, Appellants

v.

**YORK TOWNSHIP BOARD
OF COMMISSIONERS,**
Appellee.

Supreme Court of Pennsylvania.

Submitted Oct. 8, 2014.

Decided Dec. 15, 2014.

John E. Bowders, pro se.

Dennis L. Ness, pro se.

Steven Mark Hovis, Esq., Christopher Lee Ryder, Esq., Stock and Leader, LLP, York, for York Township Board of Commissioners.

CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, STEVENS, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 15th day of December, 2014, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**